IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 15198

In the Matter of LANCE MICHAEL HALEY,
*Respondent.*

ORDER OF DISBARMENT

This court admitted Lance Michael Haley to the practice of law in Kansas on October 4, 1991. The court administratively suspended Haley's Kansas law license on October 9, 2007, due to his noncompliance with annual requirements to maintain his law license. See Supreme Court Rule 206(f) (2024 Kan. S. Ct. R. at 255) (suspension from the practice of law for failure to comply with annual attorney registration requirements). On March 12, 2018, the court suspended Haley's law license for one year upon finding he violated various rules of professional conduct. *In re Haley*, 307 Kan. 540, 411 P.3d 1216 (2018). Though the court gave him the option to avoid the one-year suspension, Haley never attempted to have his administrative suspension lifted, nor has he ever petitioned the court for reinstatement of his law license as required after the one-year suspension period expired. Haley's law license also remains administratively suspended.

On January 7, 2025, Haley's request to voluntarily surrender his license was submitted to the Office of Judicial Administration under Supreme Court Rule 230(a) (2024 Kan. S. Ct. R. at 287). At the time, Haley faced a complaint docketed by the Disciplinary Administrator.

This court accepts Haley's surrender of his Kansas law license, disbars him pursuant to Rule 230(b), and revokes his license and privilege to practice law in Kansas.

The court further orders the Office of Judicial Administration to strike the name of Lance Michael Haley from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

1

The court notes that under Rule 230(b)(1)(C), any pending board proceeding or case terminates effective the date of this order. The Disciplinary Administrator may direct an investigator to complete a pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Haley, and that Haley comply with Supreme Court Rule 231 (2024 Kan. S. Ct. R. at 289).

Dated this 24th day of January 2025.